Case 1:05-cv-10256-PBS   Document 6   Filed 02/22/2005   Page 1 of 3



# Posternak
POSTERNAK BLANKSTEIN & LUND LLP

FILED
IN CLERKS OFFICE

2005 FEB 22 P 3: 08

U.S. DISTRICT COURT

Steven S. Broadley
617-973-6136
617-722-4909 FAX
sbroadley@pbl.com

February 17, 2005

Civil Clerk's Office
U.S. Courthouse
One Courthouse Way
Boston, MA  02210

Re:   *Todd J. Bennett v. Progressive Asset Management Services, Inc. and Los Angeles County Department of Water and Power*
Docket No. 05CV10256PBS

Dear Sir or Madam:

Enclosed for filing in connection with the above referenced case, please find a Certified Docket from the Woburn District Court. This completes the removal process. Thank you.

Very truly yours,

Steven S. Broadley

SSB/jlf
Enclosure
ID # 422588v01/13807-6

cc:   Brian T. Corrigan, Esquire
      Todd J. Bennett, Esquire
      Jonathan D. Elliot, Esquire

Prudential Tower   800 Boylston Street   Boston, MA 02199-8004   617.973.6100   fax 617.367.2315   www.pbl.com

| Civil DOCKET | DOCKET NUMBER<br>200453CV001321 | Trial Court of Massachusetts<br>District Court Department |
|---|---|---|
| **CASE NAME**<br>TODD J. BENNETT vs. PROGRESSIVE ASSET MANAGEMENT SERVICES, INC. | | **CURRENT COURT**<br>Woburn District Court<br>30 Pleasant Street<br>Woburn, MA 01801-4184<br>(781) 935-4000 |

| ASSOCIATED DOCKET NO. | DATE FILED<br>12/31/2004 | DATE DISPOSED<br>02/16/2005 | |
|---|---|---|---|

**PLAINTIFF(S)**
P01   TODD J. BENNETT

**PLAINTIFF'S ATTORNEY**
TODD JARRETT BENNETT
404 MAIN STREET, SUITE 1
WILMINGTON, MA 01887
(978) 988-1544

**DEFENDANT(S)/OTHER SINGLE PARTIES**
D01   PROGRESSIVE ASSET MANAGEMENT SERVICES, INC.
      1965 YOSEMITE AVENUE, SUITE 210
      SIMI VALLEY, CA 93063

D02   LOS ANGELES COUNTY DEPARTMENT OF WATER AND POWER

**DEFENDANT'S ATTORNEY**

| NO. | ENTRY DATE | DOCKET ENTRIES |
|---|---|---|
| 1 | 12/31/2004 | Complaint filed on 12/31/2004 at Woburn District Court. |
| 2 | 12/31/2004 | Appearance for Todd J. Bennett filed by Attorney TODD JARRETT BENNETT 404 Main Street, Suite 1 Wilmington MA 01887 BBO# 643185 |
| 3 | 12/31/2004 | Filing fee of $180.00 and surcharge of $15.00 paid (G.L. c.262 §§ 2 & 4C). |
| 4 | 12/31/2004 | Statement of damages filed by P01 TODD J. BENNETT (Dist./Mun.Cts.Supp.R.Civ.P. 102A). |
| 5 | 12/31/2004 | NOTICE OF POTENTIAL DISMISSAL UNDER MASS.R.CIV.P. 41(b)(1) potentially to be sent on 12/31/2007 04:00 PM. |
| 6 | 01/07/2005 | On 1/6/05, Amended complaint and Jury Trial Demand filed (Mass.R.Civ.P. 15). |
| 7 | 01/19/2005 | Affidavit of SERVICE UPON PROGRESSIVE ASSET MANAGEMENT SERVICES, INC. filed. |

Page 1 of 2   A TRUE COPY, ATTEST:   CLERK-MAGISTRATE/ASST. CLERK   x[signature]   DATE 2/16/05

Date/Time Printed: 02/16/2005 03:21 PM

| | DOCKET CONTINUATION | DOCKET NUMBER<br>200453CV001321 |
|---|---|---|

| NO. | ENTRY DATE | DOCKET ENTRIES |
|---|---|---|
| 8 | 01/19/2005 | Affidavit of SERVICE UPON L.A. COUNTY DEPT. OF WATER AND POWER filed. |
| 9 | 02/16/2005 | On 2/10/05, Copy of Defendants' Notice of Removal, allowed on 2/9/05 at U.S. District Court. |
| 10 | 02/16/2005 | On 2/10/05, Defendant's Notice of Filing of Notice of Removal |
| 11 | 02/16/2005 | Case removed to U.S. District Court by DEFENDANTS (28 U.S.C. §§1441-1452). |
| 12 | 02/16/2005 | Certified copy of docket issued to STEVEN S. BROADLEY, ESQ.. |

| Page 2 of 2 | A TRUE COPY, ATTEST: | CLERK-MAGISTRATE/ASST. CLERK<br>X *Marianne Kirles* | DATE<br>2/16/05 |
|---|---|---|---|

Date/Time Printed: 02/16/2005 03:21 PM