UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 05CV10256PBS

| | |
|---|---|
| TODD J. BENNETT, | ) |
|     Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| PROGRESSIVE ASSET MANAGEMENT | ) |
| SERVICES, INC. and | ) |
| LOS ANGELES COUNTY DEPARTMENT | ) |
| OF WATER AND POWER | ) |
|     Defendants. | ) |

## JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1

Pursuant and subject to the provisions of Rule 16.1 of the Local Rules if the United States District Court for the District of Massachusetts, counsel for both parties have conferred concerning an agenda of matters to be discussed at the scheduling conference and a proposed pretrial schedule for the case, and hereby submit the following Joint Statement:

**1.  Proposed Agenda**

The parties suggest that an appropriate agenda for the scheduling conference would include setting a pretrial schedule and discussing potential ADR options.

**2.  Pending Motion**

There are no pending motions.

**3.  Summary of Position Asserted by Plaintiff- Bennett**

Plaintiff states that in September, 2003, upon discovering someone had stolen his identity by applying for an account with the Los Angeles County Department of Water and Power (LADWP) using Bennett's personal information and/or social security number, he notified the

County of Los Angeles, CA. The unknown person who stole Bennett's identity failed to pay a balance of $129.00 and Progressive Asset Management, Inc. was hired to collect this debt. The debt was put on Bennett's credit report. In approximately the Fall of 2003, Plaintiff contacted LADWP and Progressive providing extensive documentation to demonstrate he was a Massachusetts resident and never lived in California.

LADWP and Progressive failed to investigate and take the appropriate measures before placing negative credit information on Plaintiff's credit report or at least note that the claim was disputed, after Plaintiff notified Defendants of the problem. On or about April, 2004 Plaintiff was told by the Defendants that his negative credit had been cleared. However, the $129.00 remained on Bennett's credit report.

On November 22, 2004, while the Plaintiff's credit was still not cleared, Plaintiff sent a demand letter pursuant to M.G.L. c.93A, to both Defendants, regarding the delay in removing the negative credit data from Plaintiff's credit report. LADWP failed to respond to the demand letter and Progressive responded but failed to make a reasonable offer of settlement and otherwise comply with M.G.L. c.93A. Progressive made a credit inquiry into Plaintiff's personal credit history with no legitimate purpose and without Plaintiff's consent.

**4.     Summary of Position Asserted by Defendant-Progressive Asset Management Services, Inc.**

Progressive reported information regarding the placement of the utility debt with credit bureaus based upon information supplied by the creditor. When Progressive received the plaintiff's dispute it noted the account as disputed and referred the dispute to the creditor and ceased collection activity. Progressive was informed by LADWP that plaintiff had substantiated his fraud claim in July 2004. Progressive promptly requested deletion of the information on

plaintiff's credit report. When plaintiff claimed that the reporting agencies had not deleted the information and demanded that the data be deleted, Progressive viewed the report to assure itself that the information had been deleted as requested by the plaintiff. Progressive found that the information had been deleted.

**5.     Summary of Position Asserted by Defendant-Los Angeles County Department of Water and Power**

Defendant Los Angeles Department of Water and Power has not been served properly or named correctly. Aside from such issues, LADWP has violated no federal law. LADWP is not a debt collector within the meaning of the FDCPA, is not a furnisher of information under the FCRA and does not believe it violated state law.

**6.     Proposed Pre-Trial Schedule**

(a)     Initial Disclosures shall be completed no later than May 15, 2005.

(b)     Fact Discovery: All fact discovery shall be completed on or before October 31, 2005.

(c)     Expert Discovery: If any, it shall be completed following fact discovery, by December 20, 2005.

(1)     Motions to Dismiss under Rule 12 will be filed on or before June 30, 2005.

(2)     Summary Judgment Motions: Any motions shall be filed on or before January 31, 2006, with any opposition due on or before February 28, 2006. Any reply to opposition shall be due on or before March 20, 2006.

**7.     Trial by Magistrate Judge**

The parties do not consent to trial by Magistrate Judge but instead Plaintiff demands a trial by jury on all counts so triable.

**8.      Rule 16.1(c) Settlement Proposals**

The plaintiffs will submit a joint settlement proposal to defendant on or before June 1, 2005, and Defense counsel shall be prepared pursuant to Rule 16.1(c) to respond to the settlement proposal.

**9.      Rule 16.1(d)(3) Certifications**

On or before September 1, 2005 the parties will separately submit their certifications regarding consultation on litigation budgets and alternative dispute resolution as required by Local Rule 16.1(d)(3).

Respectfully submitted this 13th day of April, 2005.

| The Plaintiff | The Defendants |
|---|---|
| By his attorney, | By their attorney, |
| | |
| __/s/ Todd J.  Bennett_____ | ___/s/ Steven S. Broadley_____ |
| Todd J. Bennett, BBO #643185 | Steven S. Broadley, BBO #542305 |
| Corrigan, Bennett & Belfort, P.C. | Posternak Blankstein & Lund, LLP |
| 404 Main Street, Suite One | Prudential Tower |
| Wilmington, MA  01887 | 800 Boylston Street, 32nd Floor |
| Tel:  978-988-1544 | Boston, MA  02199-8004 |
| Fax: 978-988-1545 | Tel:  617-973-6100 |
| tbennett@corbenbel.com | Fax:  617-367-2315 |
| | sbroadley@pbl.com |

ID # 426992v01/13807-6/ 04.13.2005

**CERTIFICATE OF SERVICE**

      I, Steven S. Broadley, Esquire of Posternak, Blankstein & Lund, LLP, hereby certify that on this 13th day of April, 2005, I caused a copy of the above **Joint Statement Pursuant to Local Rule 16.1** to be **mailed and emailed** to:

Todd J. Bennett, Esquire
Corrigan, Bennett & Belfort, P.C.
404 Main Street, Suite One
Wilmington, MA  01887

                                                             /s/ Steven S. Broadley
                                                            Steven S. Broadley

ID # 426992v01/13807-6/ 04.13.2005