UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 05CV10256PBS

TODD J. BENNETT,
    Plaintiff

v.

PROGRESSIVE ASSET MANAGEMENT
SERVICES, INC., and LOS ANGELES
COUNTY DEPARTMENT OF WATER
AND POWER,
    Defendants

## MOTION FOR LEAVE TO ADMIT JONATHAN D. ELLIOT PRO HAC VICE
## (ASSENTED TO)

In accordance with Local Rule 83.5.3(b), Steven S. Broadley, a member of the bar of this Court and the Commonwealth of Massachusetts, respectfully moves for the admission pro hac vice of Jonathan D. Elliot of the Law Firm of Kleban & Samor, P.C., 2425 Post Road, Southport, CT 06890, to appear and practice in this Court on this case as co-counsel for the defendants. As detailed in the Affidavit of Attorney Elliot (attached hereto as Exhibit A) he is a member of the bar in good standing in every jurisdiction in which he has been admitted to practice. There are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction, and he is familiar with the local rules of the United States District Court for the District of Massachusetts. Payment of the $50.00 admission fee has been submitted to the Clerk of the Court. I have previously entered my appearance as counsel for the defendant Progressive Asset Management Services, Inc. and the defendant Los Angeles County Department of Water and Power.

ID # 422488v01/13807-6/ 08.26.2005

WHEREFORE, Steven S. Broadley hereby respectfully requests that the Court grant this Motion for Leave to Admit Jonathan D. Elliot Pro Hac Vice.

PROGRESSIVE ASSET MANAGEMENT SERVICES, INC.,
By its attorney,

*/s/ Steven S. Broadley*
Steven S. Broadley, BBO #542305
Posternak Blankstein & Lund, LLP
Prudential Tower
800 Boylston Street, 32nd Floor
Boston, MA  02199-8004
617-973-6100

OF COUNSEL:

Jonathan D. Elliot, Esquire
Kleban & Samor, PC
2425 Post Road
Southport, CT  06890

## CERTIFICATE OF SERVICE

I, Steven S. Broadley, Esquire of Posternak, Blankstein & Lund, LLP, hereby certify that on this 29th day of August, 2005, I caused a copy of the above **Pro Hac Vice** to be mailed to:

Brian T. Corrigan, Esquire
Todd J. Bennett, Esquire
Corrigan Bennett & Belfort PC
404 Main Street, Suite One
Wilmington, MA  01887

Jonathan D. Elliot, Esquire
Kleban & Samor, PC
2425 Post Road
Southport, CT  06890

*/s/ Steven S. Broadley*
Steven S. Broadley

"A"

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 05CV10256PBS

TODD J. BENNETT,
    Plaintiff

v.

PROGRESSIVE ASSET MANAGEMENT
SERVICES, INC., and LOS ANGELES
COUNTY DEPARTMENT OF WATER
AND POWER,
    Defendants

## AFFIDAVIT OF JONATHAN D. ELLIOT

I, Jonathan D. Elliot, do hereby state, as follows:

1. I am a shareholder and attorney in the law firm of Kleban & Samor, P.C. 2425 Post Road, Southport, CT 06890. I represent the defendants in connection with this action.

2. I am an attorney admitted to practice in the following courts: State Courts of Connecticut, United States District Court for the District of Connecticut States District Court for the Southern District of New York; United States District Court for the Eastern District of New York; United States Court of Appeals for the Second Circuit, and United States Tax Court. I am a member in good standing of the bar of each of the foregoing courts.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4.  I have read and am familiar with the Local Rules of the United States Court for the District of Massachusetts.

5.  I respectfully request admission pro hac vice to the United States District Court for the District of Massachusetts in the above-captioned action.

Dated: August 25, 2005
Southport Connecticut

By: _____
Jonathan D. Elliot
Kleban & Samor, P.C.
2425 Post Road
Southport, CT 06890
Tel: 203-254-8969
Fax: 203-259-9617

Subscribed and sworn to before me
this 25 day of August, 2005:

_____
Notary Public
My Commission Expires

BARBARA M. POMPANO
NOTARY PUBLIC
State of Connecticut
My Commission Expires Feb. 28, 2008

2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 05CV10256PBS

TODD J. BENNETT,
     Plaintiff

v.

PROGRESSIVE ASSET MANAGEMENT
SERVICES, INC., and LOS ANGELES
COUNTY DEPARTMENT OF WATER
AND POWER,
     Defendants

## MOTION FOR LEAVE TO ADMIT JONATHAN D. ELLIOT PRO HAC VICE
## (ASSENTED TO)

In accordance with Local Rule 83.5.3(b), Steven S. Broadley, a member of the bar of this Court and the Commonwealth of Massachusetts, respectfully moves for the admission pro hac vice of Jonathan D. Elliot of the Law Firm of Kleban & Samor, P.C., 2425 Post Road, Southport, CT 06890, to appear and practice in this Court on this case as co-counsel for the defendants. As detailed in the Affidavit of Attorney Elliot (attached hereto as Exhibit A) he is a member of the bar in good standing in every jurisdiction in which he has been admitted to practice. There are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction, and he is familiar with the local rules of the United States District Court for the District of Massachusetts. Payment of the $50.00 admission fee has been submitted to the Clerk of the Court. I have previously entered my appearance as counsel for the defendant Progressive Asset Management Services, Inc. and the defendant Los Angeles County Department of Water and Power.

ID # 422488v01/13807-6/ 08.26.2005

WHEREFORE, Steven S. Broadley hereby respectfully requests that the Court grant this Motion for Leave to Admit Jonathan D. Elliot Pro Hac Vice.

PROGRESSIVE ASSET MANAGEMENT
SERVICES, INC.,
By its attorney,

/s/ Steven S. Broadley
Steven S. Broadley, BBO #542305
Posternak Blankstein & Lund, LLP
Prudential Tower
800 Boylston Street, 32nd Floor
Boston, MA  02199-8004
617-973-6100

OF COUNSEL:

Jonathan D. Elliot, Esquire
Kleban & Samor, PC
2425 Post Road
Southport, CT  06890

## CERTIFICATE OF SERVICE

I, Steven S. Broadley, Esquire of Posternak, Blankstein & Lund, LLP, hereby certify that on this 29th day of August, 2005, I caused a copy of the above **Pro Hac Vice** to be mailed to:

| | |
|---|---|
| Brian T. Corrigan, Esquire | Jonathan D. Elliot, Esquire |
| Todd J. Bennett, Esquire | Kleban & Samor, PC |
| Corrigan Bennett & Belfort PC | 2425 Post Road |
| 404 Main Street, Suite One | Southport, CT  06890 |
| Wilmington, MA  01887 | |

/s/ Steven S. Broadley
Steven S. Broadley

ID # 422488v01/13807-6/ 08.26.2005

"A"

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 05CV10256PBS

TODD J. BENNETT,
    Plaintiff

v.

PROGRESSIVE ASSET MANAGEMENT
SERVICES, INC., and LOS ANGELES
COUNTY DEPARTMENT OF WATER
AND POWER,
    Defendants

## AFFIDAVIT OF JONATHAN D. ELLIOT

I, Jonathan D. Elliot, do hereby state, as follows:

1. I am a shareholder and attorney in the law firm of Kleban & Samor, P.C. 2425 Post Road, Southport, CT 06890. I represent the defendants in connection with this action.

2. I am an attorney admitted to practice in the following courts: State Courts of Connecticut, United States District Court for the District of Connecticut States District Court for the Southern District of New York; United States District Court for the Eastern District of New York; United States Court of Appeals for the Second Circuit, and United States Tax Court. I am a member in good standing of the bar of each of the foregoing courts.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4.  I have read and am familiar with the Local Rules of the United States Court for the District of Massachusetts.

5.  I respectfully request admission pro hac vice to the United States District Court for the District of Massachusetts in the above-captioned action.

Dated: August 25, 2005
Southport Connecticut

By: _____
Jonathan D. Elliot
Kleban & Samor, P.C.
2425 Post Road
Southport, CT 06890
Tel: 203-254-8969
Fax: 203-259-9617

Subscribed and sworn to before me
this 25 day of August, 2005:

_____
Notary Public
My Commission Expires

BARBARA M. POMPANO
NOTARY PUBLIC
State of Connecticut
My Commission Expires Feb. 28, 2008

2