UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 05CV10256PBS

| | |
|---|---|
| TODD J. BENNETT,<br>  Plaintiff<br><br>v.<br><br>PROGRESSIVE ASSET MANAGEMENT<br>SERVICES, INC., and LOS ANGELES<br>COUNTY DEPARTMENT OF WATER<br>AND POWER,<br>  Defendants | FILING FEE PAID:<br>RECEIPT # 66518<br>AMOUNT $ 50.00<br>BY DPTY CLK _GK_<br>DATE 8-29-05 |

## MOTION FOR LEAVE TO ADMIT JONATHAN D. ELLIOT PRO HAC VICE
## (ASSENTED TO)

In accordance with Local Rule 83.5.3(b), Steven S. Broadley, a member of the bar of this Court and the Commonwealth of Massachusetts, respectfully moves for the admission pro hac vice of Jonathan D. Elliot of the Law Firm of Kleban & Samor, P.C., 2425 Post Road, Southport, CT 06890, to appear and practice in this Court on this case as co-counsel for the defendants. As detailed in the Affidavit of Attorney Elliot (attached hereto as Exhibit A) he is a member of the bar in good standing in every jurisdiction in which he has been admitted to practice. There are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction, and he is familiar with the local rules of the United States District Court for the District of Massachusetts. Payment of the $50.00 admission fee has been submitted to the Clerk of the Court. I have previously entered my appearance as counsel for the defendant Progressive Asset Management Services, Inc. and the defendant Los Angeles County Department of Water and Power.

ID # 422488v01/13807-6/ 08.26.2005

WHEREFORE, Steven S. Broadley hereby respectfully requests that the Court grant this Motion for Leave to Admit Jonathan D. Elliot Pro Hac Vice.

PROGRESSIVE ASSET MANAGEMENT SERVICES, INC.,
By its attorney,

_/s/ Steven S. Broadley_
Steven S. Broadley, BBO #542305
Posternak Blankstein & Lund, LLP
Prudential Tower
800 Boylston Street, 32nd Floor
Boston, MA 02199-8004
617-973-6100

OF COUNSEL:

Jonathan D. Elliot, Esquire
Kleban & Samor, PC
2425 Post Road
Southport, CT 06890

### CERTIFICATE OF SERVICE

I, Steven S. Broadley, Esquire of Posternak, Blankstein & Lund, LLP, hereby certify that on this 29th day of August, 2005, I caused a copy of the above **Pro Hac Vice** to be mailed to:

Brian T. Corrigan, Esquire
Todd J. Bennett, Esquire
Corrigan Bennett & Belfort PC
404 Main Street, Suite One
Wilmington, MA 01887

Jonathan D. Elliot, Esquire
Kleban & Samor, PC
2425 Post Road
Southport, CT 06890

_/s/ Steven S. Broadley_
Steven S. Broadley

ID # 422488v01/13807-6/ 08.26.2005

2