UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 05CV10256PBS

TODD J. BENNETT,
   Plaintiff

v.

PROGRESSIVE ASSET MANAGEMENT
SERVICES, INC., and LOS ANGELES
COUNTY DEPARTMENT OF WATER
AND POWER,
   Defendants

### AFFIDAVIT OF JONATHAN D. ELLIOT

I, Jonathan D. Elliot, do hereby state, as follows:

1. I am a shareholder and attorney in the law firm of Kleban & Samor, P.C. 2425 Post Road, Southport, CT 06890. I represent the defendants in connection with this action.

2. I am an attorney admitted to practice in the following courts: State Courts of Connecticut, United States District Court for the District of Connecticut States District Court for the Southern District of New York; United States District Court for the Eastern District of New York; United States Court of Appeals for the Second Circuit, and United States Tax Court. I am a member in good standing of the bar of each of the foregoing courts.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I have read and am familiar with the Local Rules of the United States Court for the District of Massachusetts.

5. I respectfully request admission pro hac vice to the United States District Court for the District of Massachusetts in the above-captioned action.

Dated: August 25, 2005
Southport Connecticut

By: _____
Jonathan D. Elliot
Kleban & Samor, P.C.
2425 Post Road
Southport, CT 06890
Tel: 203-254-8969
Fax: 203-259-9617

Subscribed and sworn to before me
this 25 day of August, 2005:

_____
Notary Public
My Commission Expires

BARBARA M. POMPANO
NOTARY PUBLIC
State of Connecticut
My Commission Expires Feb. 28, 2008

2