UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                      Civil Action
                                                     No: 05-10256-PBS

Todd J. Bennett
Plaintiff

v.

Progressive Asset Management Services, Inc., et al
Defendants


## SETTLEMENT ORDER OF DISMISSAL

SARIS, D.J.

    The Court having been advised that the above captioned action settled:

    It is hereby ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within 30 days if settlement is not consummated.

                                                     By the Court,

                                                     /s/ Robert C. Alba
                                                     Deputy Clerk

September 13, 2005

To: All Counsel