**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

TODD J. BENNETT
        Plaintiff

V.

PROGRESSIVE ASSET MANAGEMENT
SERVICES, INC., et al.
        Defendants

CIVIL ACTION

NO.    05-10256-PBS

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE   SARIS

[X]   The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[ ]   On _____ I held the following ADR proceeding:

    __ SCREENING CONFERENCE      __ EARLY NEUTRAL EVALUATION
    X  MEDIATION      __ SUMMARY BENCH / JURY TRIAL
    __ MINI-TRIAL      __ SETTLEMENT CONFERENCE

[ ]   All parties were represented by counsel [except _____]

[ ]   The parties were present in person or by authorized corporate officer

    The case was:

[ ]   Settled. A _____ day order of dismissal has been entered.

[ ]   There was progress.

[ ]   Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]   Suggested strategy to facilitate settlement:

September 14, 2005                 /s/ Kenneth P. Neiman
    DATE                                       ADR Provider

                                                      KENNETH P. NEIMAN, U.S. Magistrate Judge