UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 05CV10256PBS

TODD J. BENNETT,
  Plaintiff

v.

PROGRESSIVE ASSET MANAGEMENT
SERVICES, INC., and LOS ANGELES
COUNTY DEPARTMENT OF WATER
AND POWER,
  Defendants

## STIPULATION FOR DISMISSAL WITH PREJUDICE

The parties hereby stipulate and agree pursuant to Rule 41 of the Federal Rules of Civil Procedure that the plaintiff's claims against the defendants in the above-captioned action, shall be dismissed with prejudice, and with each party to bear its own costs and attorney's fees.

THE PLAINTIFF,
Todd J. Bennett

By _____
Brian T. Corrigan, Esq.
Corrigan Bennett & Belfort PC
404 Main Street, Suite One
Wilmington, MA 01887
Phone: 978-938-1544

September 16, 2005

THE DEFENDANTS,
Progressive Asset Management
Services, Inc. and the Los Angeles
County Department of Water and
Power

By _____
Jonathan D. Elliot, Esq.
Kleban & Samor, P.C.
2425 Post Road
Southport, CT 06890
Phone: 203-254-8969